UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                   CHAPTER 13

JENNIFER E. PUGH                                         CASE NO. 12-81169

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    Wells Fargo Bank NA                **Court claim #: 4**

**Last four digits** of any number used to identify the debtor's account: 6479

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $8770.58 (Per Creditor's Amended Proof of Claim) |
| | + 350.00 (Allowed Cost of Collection) |
| | $9120.58 |
| Amount Paid by Trustee | $9120.58 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐   Thru the Chapter 13 Plan         ☒   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  8/17/17                          /s/Lydia S. Meyer
                                         Lydia S. Meyer, Trustee
                                         308 W. State St., Suite 212
                                         Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 17th Day of August, 2017.

Dated:  8/17/17                          /s/Cynthia K. Burnard

WELLS FARGO BANK NA
PAYMENT PROCESSING/MAC #X2302-04C
ONE HOME CAMPUS
DES MOINES, IA 50328

WELLS FARGO HOME MORTGAGE
ATTN:  BANKRTUPCY
8480 STAGECOACH CIR.
FEDERICK, MD  21701

STEVEN C. L LINDBERG
ANSELMO LINDBERG OLIVER LLC
1771 W. DIEHL RD. STE. 150
NAPERVILLE, IL 60563

WELLS FARGO BANK NA
ATTN: BANKRUPTCY DEPARTMENT
MAC #D3347-014
3476 STATEVIEW BLVD
FORT MILL, SC 29715

WELLS FARGO BANK NA
ATTN: BANKRUPTCY DEPT.
MAC X7801-014
3476 STATEVIEW BLVD.
FT. MILL, SC 29715-7203

JENNIFER E. PUGH
18318 EXCHANGE AVE.
UNIT 2F
LANSING, IL  60438

GERACI LAW LLC
55 E. MONROE, #3400
CHICAGO, IL  60603